IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHARLES K. JOHNS,              )
                               )
    Plaintiff,                 )
                               )        CIVIL ACTION NO.
    v.                         )          2:09cv133-MHT
                               )              (WO)
PIKE COUNTY CIRCUIT COURT      )
et al.,                        )
                               )
    Defendants.                )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit claiming that defendants violated his constitutional rights when they failed to adjudicate certain issues.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff be allowed to proceed in forma pauperis and that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's

objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of April, 2009.

                                          <u>/s/ Myron H. Thompson</u>
                                      UNITED STATES DISTRICT JUDGE